**Earnest H. EACRET, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63952.**

Missouri Court of Appeals,
Western District.

March 1, 2005.

Susan L. Hogan, Kansas City, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before: BRECKENRIDGE, P.J., LOWENSTEIN and HARDWICK, JJ.

*ORDER*

PER CURIAM.

Earnest Eacret appeals the denial of his Rule 29.15 motion after an evidentiary hearing. Upon review of the record, we find no error and affirm the motion court's judgment. A published opinion would have no precedential value, but we have

1. All statutory references are to RSMo (2000)

provided the parties with a Memorandum explaining the reasons for our decision.

Affirmed. Rule 84.16(b).